# Exhibit D

# REGISTER OF ACTIONS
## CASE NO. DC-C202400996

## PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Defendant | 3M COMPANY | Gregg J. Costa<br>*Retained*<br>346-718-6600(W) |
| Defendant | CORTEVA, INC. | |
| Defendant | DUPONT DE NEMOURS, INC, d/b/a Dupont. | |
| Defendant | EIDP, INC. f/k/a E. I. DU PONT DE NEMOURS AND COMPANY | |
| Plaintiff | STATE OF TEXAS | William J Jackson<br>*Retained*<br>212-808-5968(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 12/11/2024 | **Original Petition (OCA)**<br>   *Plaintiff's Original Petition* |
| 12/12/2024 | **Letter Requesting Issuance of Citation(s)** |
| 12/12/2024 | **Letter Requesting Issuance of Citation(s)** |
| 12/12/2024 | **Citation Issued**<br>   *Emailed atty* |
| 12/12/2024 | **Citation**<br>   3M COMPANY — Served — 12/17/2024 |
| 12/12/2024 | **Citation Issued**<br>   *Emailed atty* |
| 12/12/2024 | **Citation**<br>   CORTEVA, INC. — Served — 12/13/2024 |
| 12/12/2024 | **Citation Issued**<br>   *Emailed atty* |
| 12/12/2024 | **Citation**<br>   DUPONT DE NEMOURS, INC, d/b/a Dupont. — Unserved |
| 12/12/2024 | **Citation Issued**<br>   *Emailed atty* |
| 12/12/2024 | **Citation**<br>   EIDP, INC. f/k/a E. I. DU PONT DE NEMOURS AND COMPANY — Unserved |
| 12/13/2024 | **Citation Returned**<br>   *Citation Returned - Executed 12-13-24 Corteva* |
| 12/18/2024 | **Return of Service**<br>   *from Texas OCA Public Information Internet Website* |
| 01/13/2025 | **Notice of Appearance**<br>   *Notice of Appearance of Gregg J. Costa as Counsel for Defendant 3M Company* |
| 01/13/2025 | **Notice of Appearance**<br>   *Notice of Appearance of Ashley E. Johnson as Counsel for Defendant 3M Company* |
| 01/13/2025 | **Special Appearance**<br>   *Special Appearance to contest Personal Jurisdiction and Answer Affirmative Defenses to Original Petition* |
| 01/15/2025 | **Motion**<br>   *Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint* |
| 01/15/2025 | **Proposed Order**<br>   *Proposed - Order Granting Unopposed Motion for Extension of Time - Sent to Court* |

## FINANCIAL INFORMATION

**Plaintiff** STATE OF TEXAS
Total Financial Assessment     382.00
Total Payments and Credits     382.00
**Balance Due as of 01/16/2025**     **0.00**

| Date | Item | | | |
|---|---|---|---|---|
| 12/11/2024 | Transaction Assessment | | | 350.00 |
| 12/11/2024 | E-File | Receipt # 2024-09629 | STATE OF TEXAS | (213.00) |
| 12/11/2024 | State Credit | | | (137.00) |
| 12/12/2024 | Transaction Assessment | | | 32.00 |