IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY; CORTEVA, INC., DUPONT DE NEMOURS, INC., and EIDP, INC. F/K/A E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>　　　　Defendants. | *Removed from the 18th Judicial District Court of Johnson County, Texas*<br>*Cause No. DC-C202400996* |

## NOTICE OF RELATED CASE BY DEFENDANT 3M COMPANY

Pursuant to Local Rule 3.3(b)(3), Defendant 3M Company submits the following notice of related case currently pending in the United States District Court for the District of South Carolina.

1.　　The related case is styled *In Re Aqueous Film-Forming Foams Products Liability Litigation*, Cause Number 18-MN-2873-RMG (December 7, 2018) and assigned to Judge Richard M. Gergel. This case rises from a common nucleus of operative fact with this case, which was removed to federal court.

Plaintiffs respectfully request that the Court deem this case a related case.

Dated: January 17, 2025                    Respectfully submitted,

By:  /s/ Gregg J. Costa
    Gregg J. Costa
     State Bar No. 24028160
    GIBSON, DUNN & CRUTCHER LLP
    811 Main St., Suite 3000
    Houston, TX 77002
    Telephone: (346) 718-6600
    Facsimile: (346) 718-6620
    GCosta@gibsondunn.com

    Ashley E. Johnson
     State Bar No. 24067689
    GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Ave., Suite 2100
    Dallas, TX 75201
    Telephone: (214) 698-3100
    Facsimile: (214) 571-2936
    AJohnson@gibsondunn.com

*Attorneys for Defendant 3M Company*


 /s/ Brent Dwerlkotte
Brent Dwerlkotte
 *Pro Hac Vice Forthcoming*
SHOOK, HARDY, & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-0353
Facsimile: (816) 421-5547
dbdwerlkotte@shb.com

*Attorney for Defendants DuPont de Nemours, Inc.; EIDP, Inc. F/K/A E. I. DuPont de Nemours and Company; and Corteva, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2025, a true and correct copy of the foregoing was served by email and/or by electronic filing service on all counsel of record.

/s/   *Gregg J. Costa*