# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

State Of Texas
Plaintiff

v.

3:25-cv-00122
Civil Action No.

3M Company, et al.
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant 3M Company

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff State of Texas suing for real parties in interest – Citizens of Texas,
Defendant 3M Company - Citizen of Delaware and Minnesota,
Defendant Corteva, Inc. -  Citizen of Delaware and Indiana,
Defendant EIDP, Inc. f/k/a E. I. du Pont de Nemours and Company - Citizen of Delaware and Indiana,
Defendant DuPont de Nemours, Inc., d/b/a DuPont - Citizen of Delaware.

| | |
|---|---|
| Date: | January 28, 2025 |
| Signature: | /s/ Gregg J. Costa |
| Print Name: | Gregg J. Costa |
| Bar Number: | 24028160 |
| Address: | 811 Main St., Suite 3000 |
| City, State, Zip: | Houston, TX 77002 |
| Telephone: | (346) 718-6600 |
| Fax: | (346) 718-6620 |
| E-Mail: | GCosta@gibsondunn.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.