IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | **Civil Action No. 3:25-cv-00122-K** |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| 3M COMPANY; CORTEVA, INC., DUPONT § | |
| DE NEMOURS, INC., and EIDP, INC. F/K/A § | |
| E. I. DU PONT DE NEMOURS AND § | |
| COMPANY, § | |
| § | |
| *Defendants.* § | |

## PLAINTIFF'S MOTION TO REMAND TO STATE COURT

Plaintiff State of Texas files this Motion to Remand this case to State Court and would respectfully show the Court as follows:

Plaintiff has simultaneously filed a Brief in Support of this Motion, which are by this reference fully incorporated herein and outline the arguments relating to same. Plaintiff respectfully requests that this Motion be granted and that this case be remanded to the 18th Judicial District of Johnson County, Texas, for adjudication and that the Court award the State attorneys' fees and costs for 3M's improper removal of this case.

**WHEREFORE, PREMISED CONSIDERED,** Plaintiff respectfully prays that this Motion be granted and for such other and further relief to which it may be justly entitled.

Dated: February 5, 2025                                 Respectfully Submitted,

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

**BRENT WEBSTER**
FIRST ASSISTANT ATTORNEY GENERAL

**RALPH MOLINA**
DEPUTY FIRST ASSISTANT ATTORNEY GENERAL

**JAMES LLOYD**
DEPUTY ATTORNEY GENERAL FOR CIVIL LITIGATION

| | |
|---|---|
| */s/ Jennifer Roscetti* | */s/ Katie B. Hobson* |

**JONATHAN STONE**
CHIEF, CONSUMER PROTECTION DIVISION

**Jennifer Roscetti**
State Bar No. 24066685
**Kelley Owens**
State Bar No. 24118105
Assistants Attorney General
Jennifer.roscetti@oag.texas.gov
Kelley.owens@oag.texas.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
Consumer Protection Division
P.O. Box 12548, MC-010
Austin, Texas 78711-2548
Tel: (512) 463-2185
Fax: (512) 473-8301

**KELLIE E. BILLINGS-RAY**
CHIEF, ENVIRONMENTAL PROTECTION DIVISION

**Katie B. Hobson**
State Bar No. 24082680
**Brittany E. Wright**
State Bar No. 24130011
**Jake Marx**
State Bar No. 24087989
Assistants Attorney General
Katie.hobson@oag.texas.gov
Brittany.wright@oag.texas.gov
Jake.marx@oag.texas.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

*/s/ Bill Jackson*

**WILLIAM J. JACKSON**
**JENNIFER C. BARKS**
**LAUREN H. SHAH**
**MARIA F. PIMIENTA**
**KELLEY DRYE & WARREN LLP**
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
Tel: (713) 355-5000
Fax: (713) 355-5001
bjackson@kelleydrye.com
jbarks@kelleydrye.com
lshah@kelleydrye.com
mpimienta@kelleydrye.com

**DAVID I. ZALMAN***
**GLENN T. GRAHAM***
**ELIZABETH N. KRASNOW***
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
dzalman@kelleydrye.com
ggraham@kelleydrye.com
ekrasnow@kelleydrye.com

**\*** *Pro Hac Vice forthcoming*

Mark Lanier
Alex Brown
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N., Suite 100
Houston, Texas 77054
Tel: (713) 659-5200
Fax: (713) 659-2204
mark.lanier@lanierlawfirm.com
alex.brown@lanierlawfirm.com

*/s/ Scotty MacLean*

Scotty MacLean
State Bar No. 00787942
**MACLEAN LAW FIRM, P.C.**
4916 Camp Bowie Blvd.
Fort Worth, Texas 76107
Tel: 817-529-1000
Fax: 817-698-9401
smaclean@macleanfirm.com

**ATTORNEYS FOR THE STATE OF TEXAS**

**CERTIFICATE OF CONFERENCE**

I certify that counsel for the parties have conferred and that Defendants are opposed to the relief requested herein. On January 29, 2025, Lauren Shah, counsel for Plaintiff, emailed counsel for the Defendants concerning their position on Plaintiff's Motion. Plaintiff's counsel indicated that removal is not proper under either theory posited in 3M's removal papers. On January 31, 2025, Greg Costa, counsel for Defendant 3M, and Britta Todd, counsel for the DuPont Defendants, indicated that the Defendants oppose Plaintiff's Motion.

      /s/      Scotty MacLean
SCOTTY MACLEAN
Local counsel for Plaintiff


**CERTIFICATE OF SERVICE**

I certify that on this 5th day of February 2025, a true and correct copy of the foregoing document was served by email and/or by electronic filing service on all counsel of record via the Court's CM/ECF system.

      /s/      Scotty MacLean
SCOTTY MACLEAN
Local counsel for Plaintiff