IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-122-L** |
| | § | |
| **3M COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and EIDP, INC. F/K/A E. I. DU PONT DE NEMOURS AND COMPANY,** | § § § § § | |
| | § | |
| Defendants. | § | |

# **ORDER**

Before the court is Defendant 3M Company's ("Defendant" or "3M") Notice of Emergency Motion to Stay the Court's Remand Order Pending Appeal to the Fifth Circuit ("Emergency Motion") (Doc. 45), filed September 25, 2026. The court **directs** Plaintiff State of Texas to respond to the Emergency Motion by **October 3, 2025**.

**It is so ordered** this 26th day of September, 2025.

Sam A. Lindsay
United States District Judge

Memorandum Opinion and Order – Page 1