IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-122-L** |
| | § | |
| **3M COMPANY; CORTEVA, INC.;** | § | |
| **DUPONT DE NEMOURS, INC.; and** | § | |
| **EIDP, INC. F/K/A E. I. DU PONT DE** | § | |
| **NEMOURS AND COMPANY,** | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER

Before the court is Defendant 3M Company's ("Defendant" or "3M") Notice of Emergency Motion to Stay the Court's Remand Order Pending Appeal to the Fifth Circuit ("Emergency Motion") (Doc. 45), filed September 25, 2025. The court **directs** Plaintiff State of Texas to respond to the Emergency Motion by **October 3, 2025**. Defendants may file a reply no later than **October 8, 2025**.

**It is so ordered** this 29th day of September, 2025.

/s/ Sam A. Lindsay
Sam A. Lindsay
United States District Judge

Amended Order – Page 1