# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 28, 2025
Lyle W. Cayce
Clerk

No. 25-90025

STATE OF TEXAS,

*Plaintiff—Respondent*,

*versus*

3M,

*Defendant—Petitioner*.

_____

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 1453

_____

UNPUBLISHED ORDER

Before GRAVES, WILLETT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

　　IT IS ORDERED that the motion for leave to appeal under 28 U.S.C. § 1453 is DENIED.



**A True Copy**
**Certified order issued Oct 28, 2025**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-90025　State of Texas v. 3M
　　　　　　　USDC No. 3:25-CV-122

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Ms. Jennifer Caplan Barks
Mr. Alex Jerome Brown
Mr. Gregg Costa
Mr. Glenn Timothy Graham
Mr. William J. Jackson
Ms. Ashley E. Johnson
Mr. Scotty MacLean III
Ms. Karen S. Mitchell
Mr. Adam Israel Steene
Ms. Brittany Erin Wright